**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FERRING B.V.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>　　　　Defendants. | Case Nos.:<br>　3:11-cv-00481-RCJ-VPC (Lead Case)<br>　3:11-cv-00485-RCJ-VPC<br>　3:11-cv-00854-RCJ-VPC<br>　2:12-cv-01941-RCJ-VPC<br>　　　　(Consolidated) |

## JUDGMENT

This action for patent infringement having been brought by Plaintiff Ferring B.V. ("Plaintiff" or "Ferring") against Defendants Apotex Inc. and Apotex Corp. ("collectively, "Defendants" or "Apotex") for infringement of United States Patent Nos. 7,947,739 ('the '739 patent"). 8,022,106 ("the '106 patent"); and 8,273,795 ("the '795 patent") (collectively, "patents-in-suit"):

The Court having found that Apotex's approved ANDA No. 202286 infringed Plaintiff's above-referenced patents;

Apotex having Stipulated to amend its ANDA No. 202286 request with the FDA; and

The Court having acknowledged that Apotex's action moots Plaintiff's Complaint with regard to Apotex's proposed ANDA amendment.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

1. This action is dismissed pursuant to the stipulation of Apotex made on the record and incorporated by reference and filed under seal.

2. Each party is to bear its own costs and attorneys' fees.

**So Ordered, Adjudged and Signed this** 24th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE

1